

# Missouri Court of Appeals
## Southern District

## NOVEMBER 4, 2015

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.      Case No.  SD33724

        Re:     EDDIE LEE MARSHALL,
                Movant-Appellant,
                vs.
                STATE OF MISSOURI,
                Respondent-Respondent.